# Exhibit A

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

**Reg. No. 1,151,981**
Registered Apr. 21, 1981

## SERVICE MARK
Principal Register

## CABELA'S

Cabela's Inc. (Nebraska corporation)
812 - 13th St.
Sidney, Nebr. 69162

For: RETAIL STORE SERVICES AND MAIL ORDER SERVICES IN SUPPLYING SPORTING AND RELATED GOODS—NAMELY, CLOTHING, METAL GOODS, HAND TOOLS, FIREARMS, CAMPING, ARCHERY AND FISHING GOODS, LEATHER GOODS, PAPER GOODS AND PRINTED MATTER, GLASSWARE, CLOCKS AND FOODS, in CLASS 42 (U.S. Cl. 101).

First use Jan. 1961; in commerce Jan. 1961.

Ser. No. 203,358, filed Feb. 9, 1979.

DAVID SOROKA, Primary Examiner

Int. Cls.: 16, 25 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,163,936

Registered June 9, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



CABELA'S INC. (NEBRASKA CORPORATION)
812-13TH AVENUE
SIDNEY, NE 69160

FOR: PRINTED MATTER, NAMELY, CATALOGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-1991; IN COMMERCE 7-1-1991.

FOR: CLOTHING, NAMELY, PARKAS, COATS, JACKETS, SHIRTS, HATS, VESTS, RAINWEAR, AND COVERALLS (REGULAR AND CAMOUFLAGE), IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-1994; IN COMMERCE 6-1-1994.

FOR: RETAIL STORE SERVICES AND MAIL ORDER SERVICES IN SUPPLYING SPORTING AND RELATED GOODS, NAMELY, CLOTHING, METAL GOODS, HAND TOOLS, FIREARMS, CAMPING, ARCHERY AND FISHING GOODS, LEATHER GOODS, PAPER GOODS AND PRINTED MATTER, GLASSWARE, CLOCKS AND FOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1991; IN COMMERCE 7-1-1991.

OWNER OF U.S. REG. NOS. 1,151,981, 1,224,738, AND 1,572,801.

SER. NO. 75-291,014, FILED 5-13-1997.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,130,554
Registered Aug. 15, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## CABELAS

CABELA'S INC (NEBRASKA CORPORATION)
ONE CABELA DRIVE
SIDNEY, NE 69160

   FOR: MAIL ORDER, RETAIL STORE SERVICES AND ON-LINE RETAIL STORE SERVICE, ALL FEATURING FISHING, HUNTING AND OUTDOOR GEAR, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

   FIRST USE 4-7-2006; IN COMMERCE 4-7-2006.

   OWNER OF U.S. REG. NOS. 1,151,981, 2,247,977, AND OTHERS.

   SN 78-317,583, FILED 10-23-2003.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

Int. Cls.: **16, 35, 36, 37 and 42**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 50, 100, 101, 102, 103 and 106**

**United States Patent and Trademark Office**

Reg. No. **3,416,978**
Registered Apr. 29, 2008

# TRADEMARK
# SERVICE MARK
### PRINCIPAL REGISTER

## CABELA'S TROPHY PROPERTIES

CABELA'S INCORPORATED (DELAWARE CORPORATION)
ONE CABELA DRIVE
SIDNEY, NE 69160

FOR: PRINTED CATALOGS IN THE FIELD OF REAL ESTATE LISTINGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-15-2004; IN COMMERCE 10-15-2004.

FOR: HABITAT AND LAKE MANAGEMENT; TIMBER MANAGEMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-2004; IN COMMERCE 10-15-2004.

FOR: ONLINE REAL ESTATE LISTING SERVICES; LEASING OF RECREATIONAL LAND AND HOUSING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-2004; IN COMMERCE 10-15-2004.

FOR: RECREATIONAL LAND DEVELOPMENT, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-15-2004; IN COMMERCE 10-15-2004.

FOR: LAND AND WATER MAPPING SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-15-2004; IN COMMERCE 10-15-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TROPHY PROPERTIES", APART FROM THE MARK AS SHOWN.

SER. NO. 77-114,374, FILED 2-23-2007.

ROBIN CHOSID, EXAMINING ATTORNEY