IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CABELA'S INCORPORATED, and | ) | |
| CABELA'S MARKETING AND BRAND | ) | |
| MANAGEMENT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:11CV88 |
| v. | ) | |
| | ) | ORDER |
| LOG CABIN HOMES, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For good cause shown,

IT IS ORDERED:

1.    Plaintiffs' Motion to strike Filing No. 1 is granted, and Filing No. 1 is hereby stricken from the record as an incomplete document.

2.    Filing No. 3 is deemed to be the original operative complaint in this case.

DATED March 9, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge