AO 120 (Rev. 3/04)

| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313−1450 | *REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK* |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Nebraska on the following: ___ Patents or _X_ *Trademarks*:

| *DOCKET NO.*<br><br>8:11−cv−00088−LSC −FG3 | *DATE FILED*<br><br>3/9/11 | *US District Court* District of Nebraska<br><br>Omaha, NE |
|---|---|---|
| PLAINTIFF<br><br>Cabela's Incorporated<br><br>, et al. | | DEFENDANT<br><br>Log Cabin Homes, Ltd. |
| *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* |
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|
| *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* |
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| See copy of decision/judgment attached. |

| CLERK<br><br>Denise M. Lucks | (BY) DEPUTY CLERK<br><br>s/ TEL | DATE<br><br>7/1/11 |
|---|---|---|

Copy 1−Upon initiation of action, mail this copy to Director
Copy 2−Upon filing document adding patent(s), mail this copy to Director
Copy 3−Upon termination of action, mail this copy to Director
Copy 4−Case file copy